## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Gamehancement LLC,** | Case No. 1:25-cv-2411 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **NCH Software Inc.,** | |
| Defendant. | |

### COMPLAINT FOR PATENT INFRINGEMENT

1.     Plaintiff Gamehancement LLC ("Plaintiff"), through its attorneys, complains of NCH Software Inc. ("Defendant"), and alleges the following:

### PARTIES

2.     Plaintiff Gamehancement LLC is a corporation organized and existing under the laws of Delaware that maintains its principal place of business at 261 West 35th Street, Suite 1003 New York, New York 10001.

3.     Defendant NCH Software Inc. is a corporation organized and existing under the laws of Delaware that maintains an established place of business at 6120 Greenwood Plaza Blvd Ste 120 Greenwood Village, CO, 80111.

### JURISDICTION

4.     This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

5.     This Court has exclusive subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

1

6.      This Court has personal jurisdiction over Defendant because it has engaged in
systematic and continuous business activities in this District. As described below, Defendant has
committed acts of patent infringement giving rise to this action within this District.

## VENUE

7.      Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant has
an established place of business in this District. In addition, Defendant has committed acts of
patent infringement in this District, and Plaintiff has suffered harm in this district.

## PATENT-IN-SUIT

8.      Plaintiff is the assignee of all right, title and interest in United States Patent No.
7,102,643 (the "Patent-in-Suit"); including all rights to enforce and prosecute actions for
infringement and to collect damages for all relevant times against infringers of the Patent-in-Suit.
Accordingly, Plaintiff possesses the exclusive right and standing to prosecute the present action
for infringement of the Patent-in-Suit by Defendant.

## THE '643 PATENT

9.      The '643 Patent is entitled "Method and apparatus for controlling the visual
presentation of data," and issued 2006-09-05. The application leading to the '643 Patent was
filed on 2002-09-04. A true and correct copy of the '643 Patent is attached hereto as Exhibit 1
and incorporated herein by reference.

## COUNT 1: INFRINGEMENT OF THE '643 PATENT

10.     Plaintiff incorporates the above paragraphs herein by reference.

11.     **Direct Infringement**. Defendant directly infringed one or more claims of the
'643 Patent in at least this District by making, using, offering to sell, selling and/or importing,
without limitation, at least the Defendant products identified in the charts incorporated into this
Count below (among the "Exemplary Defendant Products") that infringed at least the exemplary

2

method claims of the '643 Patent also identified in the charts incorporated into this Count below

(the "Exemplary '643 Patent Claims") literally or by the doctrine of equivalents. On information

and belief, numerous other devices that infringed the claims of the '643 Patent have been made,

used, sold, imported, and offered for sale by Defendant and/or its customers.

12.     Defendant also directly infringed, literally or under the doctrine of equivalents,

the Exemplary '643 Patent Claims, by having its employees internally test and use these

Exemplary Products.

13.     Exhibit 2 includes charts comparing the Exemplary '643 Patent Claims to the

Exemplary Defendant Products. As set forth in these charts, the Exemplary Defendant Products

practice the technology claimed by the '643 Patent. Accordingly, the Exemplary Defendant

Products incorporated in these charts satisfy all elements of the Exemplary '643 Patent Claims.

14.     Plaintiff therefore incorporates by reference in its allegations herein the claim

charts of Exhibit 2.

15.     Plaintiff is entitled to recover damages adequate to compensate for Defendant's

infringement.

### JURY DEMAND

16.     Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully

requests a trial by jury on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A.     A judgment that the '643 Patent is valid and enforceable

B.     A judgment that Defendant has infringed directly one or more claims of the '643

        Patent;

C.      An accounting of all damages not presented at trial;

D.      A judgment that awards Plaintiff all appropriate damages under 35 U.S.C. § 284

for Defendant's past infringement at least with respect to the '643 Patent.

E.      And, if necessary, to adequately compensate Plaintiff for Defendant's

infringement, an accounting:

   i.      that this case be declared exceptional within the meaning of 35 U.S.C. § 285

and that Plaintiff be awarded its reasonable attorneys fees against Defendant

that it incurs in prosecuting this action;

   ii.     that Plaintiff be awarded costs, and expenses that it incurs in prosecuting

this action; and

   iii.    that Plaintiff be awarded such further relief at law or in equity as the Court

deems just and proper.

Dated: August 5, 2025                    Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Gamehancement LLC**

4